Denise Hulett (State Bar No. 121553)
Tanya Pellegrini (State Bar No. 285186)
Miranda Galindo (State Bar No. 308499)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: dhulett@maldef.org
       tpellegrini@maldef.org
       mgalindo@maldef.org

Attorneys for Plaintiffs
JIMMY DAVID RAMIREZ-CASTELLANOS and
FRANCISCO JAVIER GOMEZ ESPINOSA

Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Natalie B. Fujikawa, State Bar No. 258724
Email: nfujikawa@fisherphillips.com
Alexa R. Hanlon, State Bar No. 293736
Email: ahanlon@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
NUGGET MARKET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOSA,<br><br>Plaintiffs,<br><br>v.<br><br>NUGGET MARKET, INC. DBA NUGGET MARKETS and ONE STOP SERVICES DBA ONE STOP SOLUTION, and DOES 1-10,<br><br>Defendants. | Case No. 2:17-CV-01025-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES FOR DESIGNATION OF EXPERT WITNESSES, SUPPLEMENTAL DISCLOSURES, AND REBUTTAL WITNESSES**<br><br>Action Filed: May 16, 2017 |

---

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO FILE EXPERT DISCLOSURES

CASE NO. 2:17-CV-01025-JAM-AC

FPDOCS 33879038.1

IT IS HEREBY STIPULATED AND AGREED, between the parties through their counsel of record as follows:

WHEREAS, pursuant to the Court's Pre-Trial Scheduling Order filed on July 31, 2017 (Dkt. 7), the current deadline for the parties to make expert witness disclosures is March 26, 2018, and the current deadline for the parties to make supplemental disclosure and disclosure of any rebuttal experts is April 16, 2018;

1. Pursuant to Federal Rules of Civil Procedure 6, 16(b)(4) and 26(a)(2), and Civil Local Rule 144, the deadline for the parties to make expert witness disclosures shall be extended from March 26, 2018 to **April 23, 2018**; and the deadline for the parties to make supplemental disclosure and disclosure of any rebuttal experts shall be extended from April 16, 2018 to **May 14, 2018**.

2. Good cause exists to extend the parties' expert disclosure deadlines, because Plaintiffs' expert witness is experiencing a family medical emergency and will not be available to provide a report for filing before April 23, 2018.

3. Additionally, good cause exists to extend the parties' deadline to make supplemental disclosures and disclose rebuttal experts to conform to the parties' new initial disclosure deadline.

DATED: March 22, 2018          /s/ Miranda Galindo
                               Denise Hulett
                               Tanya Pellegrini
                               Miranda Galindo

                               Attorneys for Plaintiffs
                               Jimmy David Ramirez-Castellanos and
                               Francisco Javier Gomez Espinosa

DATED: March 22, 2018          /s/ Natalie B. Fujikawa
                               Alden J. Parker
                               Natalie B. Fujikawa
                               Alexa R. Hanlon

                               Attorneys for Defendant
                               Nugget Market, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/22/2018            /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge