1  Denise Hulett (State Bar No. 121553)
   Tanya Pellegrini (State Bar No. 285186)
2  Miranda Galindo (State Bar No. 308499)
   MEXICAN AMERICAN LEGAL DEFENSE
3  AND EDUCATIONAL FUND
   634 S. Spring St., 11th Floor
4  Los Angeles, CA 90014
   Telephone: (213) 629-2512
5  Facsimile: (213) 629-0266

6
   *Attorneys for Plaintiffs*
7  Jimmy David Ramirez-Castellanos
   And Francisco Javier Gomez Espinosa
8
9  Alden J. Parker, State Bar No. 196808
   Natalie B. Fujikawa, State Bar No. 258724
10 Alexa R. Hanlon, State Bar No. 293736
   FISHER & PHILLIPS LLP
11 621 Capitol Mall, Suite 1400
   Sacramento, CA 95814
12 Telephone: (916) 210-0400
   Facsimile: (916) 210-0401
13
14 *Attorneys for Defendant*
   NUGGET MARKET, INC.

15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOSA, <br><br> Plaintiffs, <br><br> v. <br><br> NUGGET MARKET, INC. DBA NUGGET MARKETS and ONE STOP SERVICES DBA ONE STOP SOLUTION, and DOES 1-10, <br><br> Defendants. | Case No. 2:17-CV-01025-JAM-AC <br><br> **JOINT STIPULATION ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER AND INCREASE NUMBER OF DEPOSITIONS** <br><br> Action Filed: May 16, 2017 |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their counsel of record as follows:

WHEREAS, on July 25, 2017 the Parties filed a Joint Case Management Statement, which conformed to the discovery limitations imposed under the Federal Rules of Civil Procedure. ECF No. 6.

WHEREAS, on July 31, 2017 the Court entered a Pre-Trial Scheduling Order, which stated that "all discovery shall be completed by July 13, 2018." ECF No. 7.

WHEREAS on March 22, 2018 the Court granted the Parties' request to continue the deadline for expert witness disclosures to April 23, 2018, and the deadline for supplemental disclosures and disclosure of any rebuttal experts to May 14, 2018. ECF No. 19.

WHEREAS on April 23, 2018 the Court granted the Parties' request to further continue the deadline for expert witness disclosures to May 7, 2018, and the deadline for supplemental disclosures and disclosure of any rebuttal experts to May 28, 2018. ECF No. 25.

WHEREAS, Defendant Nugget Market, Inc. has agreed to amend its response to Plaintiffs' Request for Production of Documents, Set Two, to identify the names of Nugget employees working the night shift with Plaintiffs, whom Plaintiffs wish to depose.

WHEREAS, pursuant to the Parties' meet and confer efforts regarding Plaintiff Jimmy David Ramirez-Castellanos' Second Set of Interrogatories requesting the identity and contact information for Nugget employees working the night shift during Plaintiffs' employment, Defendant Nugget Market, Inc. amended its response to include the names and contact information for 30 individuals, whom Plaintiffs wish to depose.

WHEREAS, on April 17, 2018, Eric Turner, former counsel for Defendant One Stop Services DBA One Stop Solution ("One Stop") informed Plaintiffs' counsel that Mr. Turner no longer represents One Stop, that One Stop is likely dissolved, and that One Stop has no assets.

WHEREAS, Plaintiffs wish to depose One Stop's former owner, Isa Quarra, and former One Stop supervisor Ruben Rodriguez, whose representation will likely be determined within the next week.

WHEREAS, the parties have agreed via meet and confer efforts and deposition notices, that Defendant Nugget Market Inc. will produce all of the following current and former employees for deposition prior to September 13, 2018: Laura Bettencourt, Joanna Perez, Vicente Osegueda, Tomas Martinez, Rebecca Reichardt, Lisset "Liz" Sanchez, Blake Billings, and Nugget Market, Inc.'s witness designated pursuant to Federal Rule of Civil Procedure 30(b)(6). The parties will work cooperatively to set deposition dates upon reasonable notice.

WHEREAS Plaintiffs anticipate filing a motion to add or replace Isa Quarra as a named defendant in this action.

WHEREAS Defendant One Stop is not a party to this request because it is the Parties' understanding that One Stop does not have retained legal counsel, and the Parties agree that allowing time for One Stop to retain legal counsel is further good cause to modify the Pre-Trial Scheduling Order, ECF No. 7.

Good cause having been shown, the Parties respectfully request that the Court modify its Pre-Trial Scheduling Order, ECF No. 7, to (1) increase the number of depositions from ten to fifteen; and (2) subject to the Court's availability, to continue the following deadlines:

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Deadline to file all dispositive motions | August 21, 2018 | October 13, 2018 |
| Hearing on dispositive motions | September 18, 2018 | November 13, 2018 |
| Deadline to complete all discovery | July 13, 2018 | September 13, 2018 |
| Final pre-trial conference | November 2, 2018 | March 1, 2019 |
| Trial | January 7, 2019 | April 15, 2019 |

///

IT IS SO STIPULATED.

Dated:  June 4, 2018     MEXICAN AMERICAN LEGAL
                         DEFENSE AND EDUCATIONAL FUND


                         By:    /s/ Miranda Galindo
                                Denise Hulett
                                Tanya Pellegrini
                                Miranda Galindo
                                *Attorneys for Plaintiffs*

Dated:  June 4, 2018     FISHER & PHILLIPS LLP


                         By:    /s/ Natalie B. Fujikawa
                                Alden J. Parker
                                Natalie B. Fujikawa
                                Alexa R. Hanlon
                                *Attorneys for Defendant*

*///*

# ORDER (AS MODIFIED BY THE COURT)

Having reviewed the Plaintiffs' and Defendant Nugget Market, Inc.'s Stipulated Request, the Court grants the request and ORDERS that: (1) the maximum number of depositions shall be fifteen; and (2) the Pre-Trial Scheduling Order, ECF No. 7, is modified as follows:

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Deadline to file all dispositive motions | August 21, 2018 | October 23, 2018 |
| Hearing on dispositive motions | September 18, 2018 | November 20, 2018 at 1:30 p.m. |
| Deadline to complete all discovery | July 13, 2018 | September 13, 2018 |
| Deadline to complete all discovery | July 13, 2018 | September 13, 2018 |
| Final pre-trial conference | November 2, 2018 | March 8, 2019 at 10:00 a.m. |
| Trial | January 7, 2019 | April 15, 2019 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: 6/5/2018

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge