1  Alden J. Parker, State Bar No. 196808
   Email: aparker@fisherphillips.com
2  Natalie B. Fujikawa, State Bar No. 258724
   Email: nfujikawa@fisherphillips.com
3  Alexa R. Hanlon, State Bar No. 293736
   Email: ahanlon@fisherphillips.com
4  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 1400
5  Sacramento, CA 95814
   Telephone: (916) 210-0400
6  Facsimile: (916) 210-0401

7  Attorneys for Defendant,
   NUGGET MARKET, INC.,
8  DBA NUGGET MARKETS

**FILED**

**SEP 2 5 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  JIMMY DAVID RAMIREZ-CASTELLANOS   Case No. 2:17-cv-01025-JAM-AC
    and FRANCISCO JAVIER GOMEZ
13  ESPINOZA,                         **DEFENDANT NUGGET MARKET,
                                      INC.'S *EX PARTE* APPLICATION TO
14                                    MODIFY PRETRIAL SCHEDULING
                     Plaintiffs,       ORDER; AND [PROPOSED] ORDER**
15

16       vs.                          Date: October 16, 2018
                                      Time: 1:30 p.m.
17                                    Crtrm: 6
    NUGGET MARKET, INC. DBA NUGGET    Judge: Hon. John A. Mendez
18  MARKETS and ONE STOP SERVICES DBA
    ONE STOP SOLUTION, and DOES 1-10,
19                                    *Complaint Filed: May 16, 2017*
                     Defendants.      *Trial Date:       April 15, 2019*
20

21  **TO THE HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

22       **PLEASE TAKE NOTICE THAT** Defendant, NUGGET MARKET, INC.

23  ("Defendant" or "Nugget"), by and through its counsel of record, will and hereby does apply to

24  the Court *ex parte* for an order to modify the Pretrial Scheduling Order extending the deadline

25  to file Defendant's dispositive motion, from October 23, 2018 to December 18, 2018, and

26  continuing the hearing on dispositive motions, from November 20, 2018 to January 17, 2019.

27       The basis for this application, as set forth fully below, is that Plaintiffs, JIMMY DAVID

28  RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOZA (collectively

                                              1

"Plaintiffs"), filed a Motion for Leave to Amend the Complaint, currently scheduled for hearing on October 16, 2018, less than one week before Defendant must file its motion for summary judgment. *See* ECF No. 30. Given the close proximity between Defendant's filing deadline and the hearing on Plaintiffs' motion for leave, Defendant incurs a substantial risk of preparing the bulk of a summary judgment motion based on Plaintiffs' current pleading that would subsequently be rendered moot if the Court grants Plaintiffs' motion for leave. Indeed, Plaintiffs seek to add multiple new defendants to the action, thus introducing the potential for new discovery and a compulsory cross-claim against those defendants by Nugget. Therefore, it would be impractical to assume a summary judgment motion prepared under the current pleadings could apply if such defendants are allowed to enter the case.

The parties met and conferred prior to Defendant filing this application, and Plaintiffs do not agree to extending the dispositive motion hearing date, or continuing the dispositive motion filing deadline. This application is based on the attached memorandum of points and authorities and the supporting declaration of Natalie B. Fujikawa.

Respectfully submitted,

Date: September 24, 2018

FISHER & PHILLIPS LLP

By: */s/ Natalie B. Fujikawa*
Alden J. Parker
Natalie B. Fujikawa
Alexa R. Hanlon

Attorneys for Defendant,
NUGGET MARKET, INC.,
dba NUGGET MARKETS

DEFENDANT'S *EX PARTE* APPLICATION TO MODIFY PRETRIAL SCHEDULING ORDER;
[PROPOSED] ORDER

FPDOCS 34520470.1

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant respectfully submits this *ex parte* application to modify the Pretrial Scheduling Order (ECF No. 27) to extend the dispositive motion filing hearing and filing deadline, from October 23, 2018 to December 18, 2018, and to continue the hearing on dispositive motions, from November 20, 2018 to January 17, 2019. In light of Plaintiffs' Motion for Leave to Amend the Complaint, which, if granted, would render Defendant's forthcoming motion for summary judgment moot, Defendant seeks to avoid the substantial prejudice of potentially duplicative efforts caused by preparing the bulk of a summary judgment motion due a week after the Court's hearing on Plaintiffs' motion for leave to amend.

## I.  GOOD CAUSE EXISTS TO MODIFY THE PRETRIAL SCHEDULING ORDER

The Court has broad discretion to modify a pretrial scheduling order "for good cause." Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-608 (9th Cir. 1992). Good cause exists to modify the Pretrial Scheduling Order to continue Defendant's dispositive motion filing deadline and continue the hearing date thereon. Plaintiffs filed a Motion for Leave to Amend the Complaint, which is currently set for hearing on October 16, 2018. *See* ECF No. 30. Defendant intends to file a motion for summary judgment, or in the alternative, summary adjudication of issues, addressing the claims and allegations set forth in Plaintiffs' existing Complaint. Declaration of Natalie B. Fujikawa ("Fujikawa Decl."), ¶ 2. Under the current schedule, Defendant will suffer substantial prejudice. If the Court grants Plaintiffs' motion for leave, it would render Defendant's motion for summary judgment based on the initial Complaint moot. However, due to the close proximity in time between the October 16th hearing date on Plaintiffs' motion for leave, and the October 23rd filing deadline for dispositive motions, Defendant will need to prepare the bulk of its motion before knowing whether the pleadings will change. (Fujikawa Decl., ¶¶ 3-4.)

Therefore, to avoid duplicative efforts, Defendant requests that the Court modify the Pretrial Scheduling Order to extend the deadline to file dispositive motions until December 18, 2018, and continue the dispositive motion hearing date until January 17, 2019, or a date thereafter as the Court deems proper.

FPDOCS 34520470.1

1    Defense counsel has met and conferred with opposing counsel regarding continuing the

2    dispositive motion deadline and hearing date. However, opposing counsel declined to stipulate

3    to continue these dates. (Fujikawa Decl., ¶ 5.)

4    **II.    CONCLUSION**

5        Based on the foregoing reasons, Defendant respectfully request that the Court extend

6    Defendant's deadline to file a dispositive motion, from October 23, 2018 to December 18,

7    2018, and continue the date for hearing on dispositive motions from November 20, 2018 to

8    January 17, 2019, or respective dates thereafter as the Court deems proper.

9                                        Respectfully submitted,

10   Date: September 24, 2018            FISHER & PHILLIPS LLP

11

12                                       By: */s/ Natalie B. Fujikawa*
                                             Alden J. Parker
13                                           Natalie B. Fujikawa
                                             Alexa R. Hanlon

14
                                             Attorneys for Defendant,
15                                           NUGGET MARKET, INC.,
                                             dba NUGGET MARKETS
16

17

18

19

20

21

22

23

24

25

26

27

28

4

## DECLARATION OF NATALIE B. FUJIKAWA

I, NATALIE B. FUJIKAWA, declare:

1.     I am an attorney licensed to practice before all of the Courts of the State of California and am an associate with the law firm of Fisher & Phillips LLP, attorneys of record for Defendant, NUGGET MARKET, INC. ("Defendant" or "Nugget"), in the above-captioned matter. I am familiar with the issues set forth below, and if called upon as a witness, I could and would competently testify thereto. I submit this Declaration in support of Defendant's *Ex Parte* Application to Modify the Pretrial Scheduling Order.

2.     On August 31, 2018, Plaintiffs filed a Motion for Leave to Amend the Complaint to Add Defendants Issa Quarra and Building Maintenance Group. (*See* ECF No. 30.) The hearing for Plaintiffs' motion is currently scheduled for October 16, 2018.

3.     Nugget intends to file a motion for summary judgment, or in the alternative, summary adjudication of issues, which would address Plaintiffs' current pleadings. Due to the close proximity between Nugget's deadline to file a dispositive motion and the hearing on Plaintiffs' motion for leave to amend, Nugget will need to prepare the bulk of its summary judgment motion before the October 16th hearing. If the Court grants Plaintiffs' motion for leave, it would render Nugget's motion for summary judgment moot by allowing Plaintiffs to file an amended pleading. This would cause substantial and undue burden and expense on Nugget to prepare the bulk of a summary judgment motion, only to do the same again to address Plaintiffs' amended pleading.

4.     An extended deadline to file Nugget's dispositive motion would allow the Court to issue a ruling on Plaintiffs' motion for leave to amend without Nugget having already prepared the bulk of its dispositive motion, particularly if the Court is subsequently inclined to continue other dates for trial and pre-trial deadlines in light of Plaintiffs' proposed additions of new parties to the case.

5.     On September 19, 2018, I contacted opposing counsel, Tanya Pellegrini, by email, requesting that Plaintiffs stipulate to modify the Pre-Trial Scheduling Order. I requested a stipulation for an extension to the current deadline to file Nugget's dispositive motion in light

of the close proximity between Nugget's current deadline to file the motion, and the hearing date on Plaintiffs' motion for leave to amend. Ms. Pellegrini responded the same day declining to stipulate to an extension. Attached hereto as **Exhibit A** is a true and correct copy of our email exchange on September 19, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of September, 2018 in Sacramento, California.


*/s/ Natalie B. Fujikawa*
NATALIE B. FUJIKAWA

DEFENDANT'S *EX PARTE* APPLICATION TO MODIFY PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

FPDOCS 34520470.1

# [~~PROPOSED~~] ORDER

Having reviewed Defendant NUGGET MARKET, INC.'s *Ex Parte* Application to Modify the Pretrial Scheduling Order, the Court GRANTS the request and ORDERS that the Pretrial Scheduling Order, ECF No. 27, is modified as to the deadline to file dispositive motions, from October 23, 2018 until December ~~18~~ *Jan 11*, 2018, and as to the hearing date to hear dispositive motions, from November 20, 2018 until January ~~17~~ *Jan 22*, 2019.

**IT IS SO ORDERED.**

Dated: *September 25* 2018

_____
Honorable John A. Mendez
United States District Court Judge