Belinda Escobosa Helzer (State Bar No. 214178)
Tanya Pellegrini (State Bar No. 285186)
Andres Holguin-Flores (State Bar No. 305860)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

*Attorneys for Plaintiffs*
Jimmy David Ramirez-Castellanos
and Francisco Javier Gomez Espinoza

*Defendants' Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>NUGGET MARKET, INC. DBA NUGGET MARKETS, ONE STOP SERVICES DBA ONE STOP SOLUTION, ISSA QUARRA, and BUILDING MAINTENANCE GROUP,<br><br>Defendants. | Case No. 2:17-CV-01025-JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>Judge: Honorable John A. Mendez |

Alden J. Parker, State Bar No. 196808
Natalie B. Fujikawa, State Bar No. 258724
Alexa R. Hanlon, State Bar No. 293736
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

*Attorneys for Defendant*
NUGGET MARKET, INC., dba
NUGGET MARKETS


Lisa V. Ryan, State Bar No. 217802
Ryan J. Maas, State Bar No. 243498
COOK BROWN, LLP
2407 J Street, Second Floor
Sacramento, CA 95816
Telephone: (916) 442-3100

*Attorney for Defendants*
BUILDING MAINTENANCE GROUP, INC.
and ISSA QUARRA

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, between the Parties through their |
| 2 | counsel of record as follows: |
| 3 | WHEREAS, on July 22, 2019, this Court entered a Pre-Trial Scheduling Order outlining |
| 4 | the deadlines for motion practice, Pre-Trial Conference, and Trial. ECF No. 74. |
| 5 | WHEREAS, on January 28, 2020, Defendant Nugget Market, Inc., dba Nugget Markets |
| 6 | ("Nugget") filed a Motion for Summary Judgment, or in the Alternative, Summary Adjudication |
| 7 | of Issues ("the Motion"). ECF No. 92. |
| 8 | WHEREAS, Plaintiffs' deadline to file an opposition to Nugget's Motion is currently |
| 9 | February 11, 2020, and Defendant Nugget's deadline to file a reply is currently February 20, |
| 10 | 2020. |
| 11 | WHEREAS, trial counsel for Nugget recently learned of a conflict with the current Trial |
| 12 | date of June 15, 2020. |
| 13 | WHEREAS, the Parties have agreed to pursue private mediation, to be scheduled as soon |
| 14 | as possible before Plaintiffs file an opposition to Defendant Nugget's Motion. |
| 15 | WHEREAS, the Parties wish to conserve resources for settlement by postponing the |
| 16 | deadlines to file an opposition and reply regarding Defendant Nugget's Motion, as well as |
| 17 | postponing the need for the Parties to prepare for Trial pending the results of mediation. |
| 18 | Good cause having been shown, the parties respectfully request that the Court modify its |
| 19 | Pre-Trial Scheduling Order, ECF No. 74, subject to the Court's availability, to continue the |
| 20 | following deadlines to allow the Parties to complete dispositive motion practice and prepare for |
| 21 | Trial in a timely manner, pending the results of mediation: |

| Event | Original Deadline | Continued Deadline |
|---|---|---|
| Plaintiffs' response to the Motion | February 11, 2020 | March 27, 2020 |
| Defendant Nugget's Reply to the Motion | February 20, 2020 | April 3, 2020 |
| Hearing on the Motion | February 25, 2020 | April 7, 2020 at 1:30 p.m. |

| | | |
|---|---|---|
| Pre-Trial Conference | April 10, 2020 | July 10, 2020 at 11:00 a.m. |
| Trial | June 15, 2020 | August 24, 2020 at 9:00 a.m. |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 4, 2020     MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND

By: /s/ Andrés Holguin-Flores
Belinda Escobosa Helzer
Tanya Pellegrini
Andrés Holguin-Flores
*Attorneys for Plaintiffs*

Dated: February 4, 2020     FISHER & PHILLIPS LLP

By: /s/ Natalie B. Fujikawa (*with permission*)
Alden J. Parker
Natalie B. Fujikawa
Alexa R. Hanlon
*Attorneys for Defendant*
NUGGET MARKET, INC., dba NUGGET MARKETS

Dated: February 4, 2020     COOK BROWN LLP

By: /s/Ryan J. Maas (*with permission*)
Lisa V. Ryan
Ryan J. Maas
*Attorneys for Defendants*
BUILDING MAINTENANCE GROUP and ISSA QUARRA

## ORDER

Having reviewed the Plaintiffs' and Defendant Nugget Market, Inc.'s Joint Stipulation, the Court grants the request and ORDERS that: Plaintiffs' response to Defendant Nugget's Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues shall be filed by March 27, 2020; Defendant Nugget's reply shall be filed by April 3, 2020; and the hearing on Defendant Nugget's motion shall take place on April 7, 2020 at 1:30 p.m. Further, the Pre-Trial Conference shall take place July 10, 2020 at 11:00 a.m. and Trial shall commence on August 24, 2020 at 9:00 a.m.

IT IS SO ORDERED.


Dated: 2/4/2020 /s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge