# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>NUGGET MARKET, INC. DBA NUGGET MARKETS and ONE STOP SERVICES DBA ONE STOP SOLUTION, ISSA QUARRA, and BUILDING MAINTENANCE GROUP,<br><br>Defendants. | Case No. 2:17-CV-01025-JAM-AC<br><br>**ORDER RE PLAINTIFFS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT NUGGET MARKET, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(AS MODIFIED BY THE COURT)** |

Having reviewed Plaintiffs' *Ex Parte* Application for an Extension of Time to Respond to Defendant Nugget Market, Inc.'s Motion for Summary Judgment, the Court GRANTS the request and ORDERS that the deadline for Plaintiffs to oppose Defendant Nugget Market, Inc.'s motion for summary judgment is continued from March 27, 2020 to April 10, 2020, and the date for Defendant Nugget to file its reply from April 3, 2020 to April 17, 2020.

The April 7, 2020 hearing on the motion for summary judgment is ordered submitted without appearance.

**IT IS SO ORDERED**.


Dated: 3/25/2020         /s/ John A. Mendez_____
                         Hon. John A. Mendez
                         United States District Court Judge

---

[PROPOSED] ORDER                                        CASE NO. 2:17-CV-01025-JAM-AC