UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NUGGET MARKET, INC., et al.,<br><br>　　　　Defendants. | No.  2:17-cv-01025 JAM AC<br><br><br>ORDER |

　　　Pending before the court is a motion for discovery by defendants Issa Quarra and Building Maintenance Group, ECF No. 119, which is referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1).  The motion was filed on May 29, 2020.  The undersigned struck the brief as non-comlpliant with Local Rule 251(c), and ordered a joint statement to be filed on or before June 24, 2020.  ECF No. 120.  No joint statement has been filed.

　　　Local Rule 251(b) establishes the requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26 through 37, including the requirement that the parties meet and confer and file a joint discovery statement.  Here, no joint discovery statement has been filed, despite a specific warning that failure to file a joint statement would result in denial of the motion without prejudice.  ECF No. 120.  Accordingly, because the moving party did not satisfy Local Rule 251(b)'s joint discovery statement requirement, the motion for discovery will be denied

without prejudice.  See e.g., United States v. Molen, 2012 WL 5940383, at *1 (E.D. Cal. Nov. 27, 2012) (where a party fails to comply with Local Rule 251, discovery motions are denied without prejudice to re-filing).

For the reasons state above, IT IS HEREBY ORDERED that defendants' motion for discovery (ECF No. 119) is DENIED without prejudice.

IT IS SO ORDERED.

DATE: June 25, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE