ALDEN J. PARKER, SBN 196808

EMail: aparker@fisherphillips.com

APRIL A. PERKINS, SBN 322166

EMail: aperkins@fisherphillips.com

FISHER & PHILLIPS LLP

621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant

NUGGET MARKET, INC. DBA NUGGET MARKETS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOZA, <br><br> Plaintiffs, <br><br> v. <br><br> NUGGET MARKET, INC. DBA NUGGET MARKETS AND ONE STOP SERVICES DBA ONE STOP SOLUTION, AND DOES 1-10, <br><br> Defendants. | Case No: 2:17-cv-01025-JAM-AC <br><br> **STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER** <br><br> Complaint Filed: May 16, 2017 <br> First Amended Complaint: November 13, 2018 <br> Pretrial Conference: June 4, 2021 <br> Trial Date: August 16, 2021 |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their counsel of record as follows:

WHEREAS, on October 29, 2020, the Court entered a Minute Order which stated that "[t]he parties are hereby notified that keeping in compliance with the Court's General Orders addressing the COVID-19 outbreak, the Pretrial Conference currently set in this matter is CONTINUED to 6/4/2021 at 10:00 AM. The parties' Joint Pretrial Statement shall be filed no less than seven (7) days prior to the Pretrial Conference. The Jury Trial is CONTINUED to 8/16/2021 at 9:00 AM." ECF No. 135.

WHEREAS, counsel for Defendant Nugget Market Inc. informed co-Defendants' and Plaintiffs' counsel that he has a conflict with the trial date selected by the Court in its October 29, 2020 Minute Order.

WHEREAS, counsel for all parties have agreed to stipulate to a short continuance of the trial in this matter in order to accommodate defense counsel's trial calendar.

WHEREAS, the parties have engaged in and completed extensive discovery in this matter.

WHEREAS this joint stipulation is not entered into with the intent to delay.

NOW, WHEREFORE, for the foregoing reasons and for good cause shown, in accordance with Fed. R. Civ. P. 16(b)(4), the parties request that the stipulated deadlines are continued as follows:

a) Trial be continued from August 16, 2021 to September 13, 2021, or to such other date that is convenient for the Court; and

b) The Final Pretrial Conference be continued from June 4, 2021 to July 23, 2021, or to such other date that is convenient for the Court.

THEREFORE, the Parties hereby stipulate and agree to the aforementioned deadlines.

Dated: May 11, 2021                  Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND

By: */s/ Tanya G. Pellegrini*

BELINDA ESCOBOSA HELZER

TANYA G. PELLEGRINI

ANDRES HOLGUIN-FLORES

Attorneys for Plaintiffs

JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOZA

Dated: May 11, 2021                                    Respectfully submitted,

THOMAS & ASSOCIATES


By:  /s/ *Michael W. Thomas*

MICHAEL W. THOMAS

Attorneys for Defendant

ISSA QUARRA and BUILDING MAINTENANCE GROUP, INC.


Dated:  May 11, 2021                                   Respectfully submitted,

FISHER & PHILLIPS LLP


By:  /s/ *April A. Perkins*

ALDEN J. PARKER

APRIL A. PERKINS

Attorneys for Defendant

NUGGET MARKET, INC. DBA NUGGET MARKETS

**ORDER**

Having reviewed the parties' Stipulated Request, the Court **GRANTS** the request and **ORDERS** that:

(1) the trial in this matter be **CONTINUED** from August 16, 2021 to **September 13, 2021, at 9:00 a.m.**; and

(2) the Final Pretrial Conference be **CONTINUED** from June 4, 2021 to **July 23, 2021, at 10:00 a.m**.

IT IS SO ORDERED.

Dated: May 12, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE