Belinda Escobosa Helzer (State Bar No. 214178)
Tanya Pellegrini (State Bar No. 285186)
Andres Holguin-Flores (State Bar No. 305860)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266

*Attorneys for Plaintiffs*
Jimmy David Ramirez-Castellanos
and Francisco Javier Gomez Espinoza

*Additional attorneys on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>NUGGET MARKET, INC. DBA NUGGET MARKETS AND ONE STOP SERVICES DBA ONE STOP SOLUTION, AND DOES 1-10,<br><br>Defendants. | Case No: 2:17-cv-01025-JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>Complaint Filed: May 16, 2017<br>First Amended Complaint: November 13, 2018<br>Trial Date: September 20, 2021 |

ALDEN J. PARKER, SBN 196808
Email: aparker@fisherphillips.com
GREGORY L. BLUEFORD, SBN 302628
Email: gblueford@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

*Attorneys for Defendant*
NUGGET MARKET, INC. DBA NUGGET MARKETS

Michael W. Thomas, SBN 168634
THOMAS & ASSOCIATES
2390 Professional Drive
Roseville, CA 95661
Telephone: (916) 789-1201
Email: mthomas@thomas-lawyers.com

*Attorneys for Defendants*
BUILDING MAINTENANCE GROUP, INC. and
ISSA QUARRA

1   IT IS HEREBY STIPULATED AND AGREED, between the Parties through their counsel of record as follows:

2   WHEREAS, on July 23, 2021, all Parties attended a Pre-Trial Conference before Honorable Judge John Mendez. ECF No. DKT 142.

3   WHEREAS, during the Pre-Trial Conference, the Court vacated the jury trial set for September 13, 2021 and reset the jury trial for September 20, 2021. DKT 142. The Court stated during the Pre-Trial Conference that there was a possibility the trial may be further delayed until either September 27, 2021 or October 4, 2021 depending on whether a criminal trial on calendar before this matter goes forward as scheduled.

4   WHEREAS, the Parties were instructed to call the Deputy Courtroom Clerk ten days prior to trial to ascertain the status of the trial date. DKT 143.

5   WHEREAS, due to the ongoing coronavirus pandemic, the trial was extended from an estimated 8 to 10 days in length to 12 to 16 days in length to accommodate half trial days lasting approximately four hours each day, except for Tuesdays, which would only last two hours during the trial. DKT 143.

6   WHEREAS, on or about July 30, 2021, trial counsel for Plaintiffs recently learned of a conflict with their expert's schedule and the new trial date of September 20, 2021 and anticipated length of the trial. Therefore, Plaintiffs' counsel inquired as to both defendants' counsel availability for a trial in November 2021.

7   WHEREAS, trial counsel for Defendants Building Maintenance Group, Inc. and Issa Quarra (collectively "BMG") stated that he has two trials scheduled for November 2021 but would otherwise be available beginning November 17, 2021.

8   WHEREAS, in light of Plaintiffs' request, trial counsel for Defendant Nugget Markets, Inc. conferred with its own trial expert as to his availability for a November 2021 trial. Defendant Nugget's expert stated that he is not available in November 2020 and would not be available until January 2021.

9   THEREFORE, good cause having been shown, the parties stipulate and respectfully request that the Court, subject to the Court's availability, vacate the current trial date of September 20, 2021 and continue the trial to January 10, 2021. The Parties further stipulate and request that any

outstanding trial-related deadlines stated in the Court's Pretrial Conference Order (DKT 143) are continued in accordance with the new trial date, including the following:

  a. <u>Statement to be read to jury</u>:  Due no later than January 3, 2022;

  b. <u>Trial briefs</u>:  May be E-filed with the court no later than January 3, 2022;

  c. <u>Exhibits</u>:  Parties are to exchange copies of exhibits no later than fourteen (14) days before trial.  Each party has five (5) days to file and serve objections to any of the exhibits;

  d. <u>Joint set of jury instructions</u>:  Shall be lodged via ECF with the court clerk on or before January 3, 2022;

  e. <u>Disputed jury instructions</u>:  Shall be lodged via ECF with the court clerk on or before January 6, 2022;

  f. <u>Deposition transcripts</u>:  Shall be lodged with the court clerk no later than January 3, 2022;

  g. <u>Statement designating portions of depositions intended to be offered or read into evidence</u>:  Shall be E-filed with the court and exchanged between the parties no later than January 3, 2022;

  h. <u>Statement designating portions of Answers to Interrogatories and/or Requests for Admission intended to be offered or read into evidence</u>:  Shall be E-filed with the court and exchanged between the parties no later than January 3, 2022;

  i. <u>Proposed voir dire questions</u>:  Shall be submitted via ECF no later than January 3, 2022;

  j. <u>Proposed verdict forms</u>:  Shall be submitted via ECF no later than January 3, 2022;

  k. <u>Motions *in limine*</u>:  Shall be E-filed separately on or before December 30, 2021.  Opposition briefs shall be E-filed on or before January 5, 2021.  No reply briefs shall be filed.

  IT IS SO STIPULATED.

//

//

//

| | |
|---|---|
| | Respectfully submitted, |
| Dated: August 3, 2021 | MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND |
| | By: /s/ Tanya G. Pellegrini |
| |     Belinda Escobosa Helzer |
| |     Tanya G. Pellegrini |
| |     Andrés Holguin-Flores |
| |     *Attorneys for Plaintiffs* |
| Dated: August 3, 2021 | Respectfully submitted, |
| | FISHER & PHILLIPS LLP |
| | By: /s/ Gregory L. Blueford |
| |     ALDEN J. PARKER |
| |     GREGORY L. BLUEFORD |
| |     *Attorneys for Defendant* |
| |     NUGGET MARKET, INC. DBA NUGGET MARKETS |
| Dated: August 3, 2021 | Respectfully submitted, |
| | THOMAS & ASSOCIATES |
| | By: /s/ Michael W. Thomas |
| |     MICHAEL W. THOMAS |
| |     *Attorneys for Defendants* |
| |     Issa Quarra and Building Maintenance Group |

# ORDER

Having reviewed the Parties Joint Stipulation and GOOD CAUSE APPEARING THEREFROM, the Court hereby orders as follows:

1. The Parties' Stipulation is **GRANTED**;

2. The new trial date shall be: January 10, 2022 at 9:00 AM.

3. The following trial-related deadlines stated in the Court's Pretrial Conference Order (DKT 143) are continued as follows:

   a. <u>Statement to be read to jury</u>:  Due no later than January 3, 2022;

   b. <u>Trial briefs</u>:  May be E-filed with the court no later than January 3, 2022;

   c. <u>Exhibits</u>:  Parties are to exchange copies of exhibits no later than fourteen (14) days before trial.  Each party has five (5) days to file and serve objections to any of the exhibits;

   d. <u>Joint set of jury instructions</u>:  Shall be lodged via ECF with the court clerk on or before January 3, 2022;

   e. <u>Disputed jury instructions</u>:  Shall be lodged via ECF with the court clerk on or before January 6, 2022;

   f. <u>Deposition transcripts</u>:  Shall be lodged with the court clerk no later than January 3, 2022;

   g. <u>Statement designating portions of depositions intended to be offered or read into evidence</u>:  Shall be E-filed with the court and exchanged between the parties no later than January 3, 2022;

   h. <u>Statement designating portions of Answers to Interrogatories and/or Requests for Admission intended to be offered or read into evidence</u>:  Shall be E-filed with the court and exchanged between the parties no later than January 3, 2022;

   i. <u>Proposed voir dire questions</u>:  Shall be submitted via ECF no later than January 3, 2022;

   j. <u>Proposed verdict forms</u>:  Shall be submitted via ECF no later than January 3, 2022;

   k. <u>Motions in limine</u>:  Shall be E-filed separately on or before December 30, 2021.

Opposition briefs shall be E-filed on or before January 5, 2022. No reply briefs shall be filed.

3. All currently trial related stated in the Court's Pretrial Conference Order are VACATED and will be continued in accordance with the new trial date.

4. Other Orders:

IT IS SO ORDERED.

DATED: August 3, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE