UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DAVID RAMIREZ-CASTELLANOS and FRANCISCO JAVIER GOMEZ ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>NUGGET MARKET, INC. DBA NUGGET MARKETS and ONE STOP SERVICES DBA ONE STOP SOLUTION, and DOES 1-10,<br><br>Defendants. | Case No. 2:17-CV-01025-JAM-AC<br><br>**ORDER GRANTING PLAINTIFFS' AND DEFENDANT NUGGET MARKET, INC,'S JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS UNDER LOCAL RULE 160(b)** |

IT IS HEREBY ORDERED that, good cause appearing therefor, Plaintiffs Jimmy David Ramirez-Castellanos' and Francisco Javier Gomez Espinoza's, and Defendant Nugget Market, Inc.'s joint motion for an extension of time to file dispositional documents under Local Rule 160(b) to December 17, 2021 is GRANTED.

DATED: December 3, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE